

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

LEO DORFMAN
LDORFMAN@SOKOLOFFSTERN.COM

April 22, 2022

**By ECF**
Honorable Anne Y. Shields
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

        Re:   *Jimenez v. County of Nassau, et al.*
                Docket No. 18-cv-3911 (ADS)(AYS)

Your Honor:

    This firm represents Defendants. On May 1, 2019, previous counsel for Defendants filed a proposed Stipulation and Order of Confidentiality, however, it was not "so-ordered." The parties have executed another Stipulation and Order of Confidentiality, enclosed as Appendix A, which we respectfully request the Court "so order."

    Thank you for consideration of this matter.

                                               Respectfully submitted,
                                               SOKOLOFF STERN LLP

cc:   All counsel of record (via ECF)        Leo Dorfman

CARLE PLACE ▪ GOSHEN ▪ NEW YORK CITY ▪ EAST HAMPTON