UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL JIMENEZ,<br><br>       Plaintiff,<br><br>-against-<br><br>COUNTY OF NASSAU, NASSAU COUNTY POLICE DEPARTMENT, POLICE OFFICER CHARLES JAVOROWSKY, in his individual and official capacities, POLICE OFFICER DANIEL BILZ, in his individual and official capacities, and POLICE OFFICER "JOHN DOE(S) 1-10" who are known by name to the Defendants but as of yet are not fully known to Plaintiffs,<br><br>       Defendants. | **NOTICE OF APPEARANCE**<br><br>18-CV-3911 (AMD) (AYS) |

  PLEASE TAKE NOTICE that DANIEL R. AXELROD, an associate of the firm of SOKOLOFF STERN LLP, attorneys for defendant COUNTY OF NASSAU, NASSAU COUNTY POLICE DEPARTMENT, POLICE OFFICER CHARLES JAVOROWSKY, and POLICE OFFICER DANIEL BILZ hereby files this notice for purpose of receiving ECF alerts via email. This notice is not intended, and should not be construed, as a waiver of any jurisdictional defenses.

Dated: Carle Place, New York
    August 8, 2022

                  SOKOLOFF STERN LLP
                  *Attorneys for Defendants*

             By: DANIEL R. AXELROD
                  179 Westbury Avenue
                  Carle Place, New York 11514
                  (516) 334-4500
                  File No. 210163

TO: All Counsel of Record via ECF